# EXHIBIT 1



US00D987736S

(12) **United States Design Patent**     (10) Patent No.:       **US D987,736 S**

He                                         (45) Date of Patent:    ** **May 30, 2023**

(54) **DINOSAUR TOY**

(71) Applicant: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Yutong He**, Shenzhen (CN)

(73) Assignee: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/815,027**

(22) Filed: **Nov. 10, 2021**

(51) LOC (14) Cl. .................................... **21-01**

(52) U.S. Cl.
USPC ...................................................... **D21/615**

(58) **Field of Classification Search**
USPC ....... D21/587, 591–593, 596, 615, 621–625, D21/630, 631, 639, 658–661; D6/597–599, 601
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D340,484 | S | * | 10/1993 | Sachetti ........................ D21/615 |
| D349,530 | S | * | 8/1994 | Pedersen ....................... D21/615 |
| D423,612 | S | * | 4/2000 | Tatopoulos ................... D21/615 |
| D478,362 | S | * | 8/2003 | Nakase .......................... D21/578 |
| D479,862 | S | * | 9/2003 | Takahashi ..................... D21/578 |
| D554,713 | S | * | 11/2007 | Wong ............................. D21/578 |
| D590,455 | S | * | 4/2009 | Sato ............................... D21/584 |

| | | | | |
|---|---|---|---|---|
| D747,777 | S | * | 1/2016 | Greenly ........................ D21/615 |
| D762,271 | S | * | 7/2016 | Chow ............................ D21/615 |
| D785,724 | S | * | 5/2017 | Morales ........................ D21/615 |
| D870,215 | S | * | 12/2019 | Ikoma .......................... D21/615 |
| D871,516 | S | * | 12/2019 | Katayama ..................... D21/615 |
| D881,288 | S | * | 4/2020 | Katayama ..................... D21/578 |
| D883,403 | S | * | 5/2020 | Chen ............................. D21/615 |
| D886,917 | S | * | 6/2020 | Ikoma .......................... D21/615 |

* cited by examiner

*Primary Examiner* — Michael C Stout
*Assistant Examiner* — Melvin L Davis
(74) *Attorney, Agent, or Firm* — True Shepherd, LLC; Andrew Cheng

(57)                    **CLAIM**

The ornamental design for a dinosaur toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right, and top perspective view of a dinosaur toy, showing my design.
FIG. **2** is a front elevation view thereof.
FIG. **3** is a rear elevation view thereof.
FIG. **4** is a left side elevation view thereof.
FIG. **5** is a right side elevation view thereof.
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating portions of the dinosaur toy that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**U.S. Patent**     May 30, 2023     Sheet 1 of 7     US D987,736 S



FIG. 1



**FIG. 2**



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



US00D987737S

(12) **United States Design Patent**
He

(10) Patent No.: **US D987,737 S**
(45) Date of Patent: ** **May 30, 2023**

(54) **DINOSAUR TOY**

(71) Applicant: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Yutong He**, Shenzhen (CN)

(73) Assignee: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/815,034**

(22) Filed: **Nov. 10, 2021**

(51) LOC (14) Cl. ............................................... **21-01**
(52) U.S. Cl.
USPC ................................................. **D21/615**
(58) **Field of Classification Search**
USPC ....... D21/587, 591–593, 596, 615, 621–625, D21/630, 631, 639, 658–661; D6/597–599, 601
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D340,484 | S | * | 10/1993 | Sachetti | D21/615 |
| D349,530 | S | * | 8/1994 | Pedersen | D21/615 |
| D423,612 | S | * | 4/2000 | Tatopoulos | D21/615 |
| D478,362 | S | * | 8/2003 | Nakase | D21/578 |
| D479,862 | S | * | 9/2003 | Takahashi | D21/578 |
| D554,713 | S | * | 11/2007 | Wong | D21/578 |
| D590,455 | S | * | 4/2009 | Sato | D21/584 |

| | | | | | |
|---|---|---|---|---|---|
| D747,777 | S | * | 1/2016 | Greenly | D21/615 |
| D762,271 | S | * | 7/2016 | Chow | D21/615 |
| D785,724 | S | * | 5/2017 | Morales | D21/615 |
| D870,215 | S | * | 12/2019 | Ikoma | D21/615 |
| D871,516 | S | * | 12/2019 | Katayama | D21/615 |
| D881,288 | S | * | 4/2020 | Katayama | D21/578 |
| D883,403 | S | * | 5/2020 | Chen | D21/615 |
| D886,917 | S | * | 6/2020 | Ikoma | D21/615 |

* cited by examiner

*Primary Examiner* — Michael C Stout
*Assistant Examiner* — Melvin L Davis
(74) *Attorney, Agent, or Firm* — True Shepherd, LLC; Andrew Cheng

(57) **CLAIM**

The ornamental design for a dinosaur toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right, and top perspective view of a dinosaur toy, showing my design.
FIG. **2** is a front elevation view thereof.
FIG. **3** is a rear elevation view thereof.
FIG. **4** is a left side elevation view thereof.
FIG. **5** is a right side elevation view thereof.
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating portions of the dinosaur toy that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**U.S. Patent**          May 30, 2023          Sheet 1 of 7          US D987,737 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



US00D987738S

(12) **United States Design Patent**        (10) **Patent No.:**        **US D987,738 S**
He                                          (45) **Date of Patent:**    ∗∗ **May 30, 2023**

(54) **DINOSAUR TOY**

(71) Applicant: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Yutong He**, Shenzhen (CN)

(73) Assignee: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(∗∗) Term: **15 Years**

(21) Appl. No.: **29/815,035**

(22) Filed: **Nov. 10, 2021**

(51) LOC (14) Cl. ................................................ **21-01**
(52) U.S. Cl.
USPC ................................................ **D21/615**
(58) **Field of Classification Search**
USPC ....... D21/587, 591–593, 596, 615, 621–625,
D21/630, 631, 639, 658–661;
D6/597–599, 601
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D340,484 | S | * | 10/1993 | Sachetti | D21/615 |
| D349,530 | S | * | 8/1994 | Pedersen | D21/615 |
| D423,612 | S | * | 4/2000 | Tatopoulos | D21/615 |
| D478,362 | S | * | 8/2003 | Nakase | D21/578 |
| D479,862 | S | * | 9/2003 | Takahashi | D21/578 |
| D554,713 | S | * | 11/2007 | Wong | D21/578 |
| D590,455 | S | * | 4/2009 | Sato | D21/584 |

| | | | | | |
|---|---|---|---|---|---|
| D747,777 | S | * | 1/2016 | Greenly | D21/615 |
| D762,271 | S | * | 7/2016 | Chow | D21/615 |
| D785,724 | S | * | 5/2017 | Morales | D21/615 |
| D870,215 | S | * | 12/2019 | Ikoma | D21/615 |
| D871,516 | S | * | 12/2019 | Katayama | D21/615 |
| D881,288 | S | * | 4/2020 | Katayama | D21/578 |
| D883,403 | S | * | 5/2020 | Chen | D21/615 |
| D886,917 | S | * | 6/2020 | Ikoma | D21/615 |

* cited by examiner

*Primary Examiner* — Michael C Stout
*Assistant Examiner* — Melvin L Davis
(74) *Attorney, Agent, or Firm* — True Shepherd, LLC; Andrew Cheng

(57)                **CLAIM**

The ornamental design for a dinosaur toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right, and top perspective view of a dinosaur toy, showing my design.
FIG. **2** is a front elevation view thereof.
FIG. **3** is a rear elevation view thereof.
FIG. **4** is a left side elevation view thereof.
FIG. **5** is a right side elevation view thereof.
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating portions of the dinosaur toy that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



US0D1009183S

(12) **United States Design Patent**      (10) Patent No.:      **US D1,009,183 S**

He      (45) Date of Patent:      ** **Dec. 26, 2023**

(54) **DINOSAUR TOY**

(71) Applicant: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Yutong He**, Shenzhen (CN)

(73) Assignee: **Shenzhen Zhitong Technology Co., Ltd.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/815,024**

(22) Filed: **Nov. 10, 2021**

(51) LOC (14) Cl. ............................................. **21-01**

(52) U.S. Cl.
USPC ...................................................... **D21/615**

(58) **Field of Classification Search**
USPC ....... D21/587, 591–593, 596, 615, 621–625, D21/630, 631, 639, 658–661; D6/597–599, 601
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| D317,188 | S | * | 5/1991 | Volpe | ........................ | D21/615 |
| D359,774 | S | * | 6/1995 | Caruso | ........................ | D21/615 |
| D397,744 | S | * | 9/1998 | Brummer | ........................ | D21/615 |
| D448,882 | S | * | 10/2001 | Sehl | ........................ | D26/98 |
| D461,858 | S | * | 8/2002 | Hornsby | ........................ | D21/615 |
| D609,285 | S | * | 2/2010 | Wilson | ........................ | D21/615 |

| | | | | | | |
|---|---|---|---|---|---|---|
| D669,138 | S | * | 10/2012 | Wong | ........................ | D21/578 |
| D781,967 | S | * | 3/2017 | Cummings | .................. | D21/615 |
| D790,801 | S | * | 7/2017 | Stern | ........................ | D1/110 |
| D916,206 | S | * | 4/2021 | Ribbens | ........................ | D21/615 |
| D919,234 | S | * | 5/2021 | Ontiveros, Sr. | .............. | D2/741 |
| D932,137 | S | * | 10/2021 | Zhou | ........................ | D2/741 |
| D933,139 | S | * | 10/2021 | Chen | ........................ | D21/575 |

\* cited by examiner

*Primary Examiner* — Michael C Stout
*Assistant Examiner* — Melvin L Davis
(74) *Attorney, Agent, or Firm* — Kunzler Bean & Adamson, PC; Michael Bartholomew

(57) **CLAIM**

The ornamental design for a dinosaur toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right, and top perspective view of a dinosaur toy, showing my design.
FIG. **2** is a front elevation view thereof.
FIG. **3** is a rear elevation view thereof.
FIG. **4** is a left side elevation view thereof.
FIG. **5** is a right side elevation view thereof.
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating portions of the dinosaur toy that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7